**Exhibit A to the First Amended Complaint**

**Location:** Wakefield, MA  **IP Address:** 96.230.71.210
**Total Works Infringed:** 70  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 836029F464A38A6B9BBFA2273D299318DDECD2DB<br>File Hash:<br>CD845E9E8AE7061B03FFC4C4F822506112D8D49B234484FF951D5385B9A6B77F | 03/08/2024<br>19:50:55 | TushyRaw | 03/05/2024 | 03/13/2024 | PA0002459340 |
| 2 | Info Hash: 4AC9DECC11671ED9D388D16E2E565D285CC8AF51<br>File Hash:<br>6C656353C8DC3F92FBA79643DC30A58D0994D37087137A94CCEA1839937DF09B | 03/07/2024<br>15:21:15 | Tushy | 03/03/2024 | 03/12/2024 | PA0002459337 |
| 3 | Info Hash: 4CCABECCD41B3DB7B2813EFDB21A5089FAF4F4F0<br>File Hash:<br>C7A7FF6C7158B7B2D7DB41756DEA79F7DFB5DE74095E6595CCA8DF10245B5608 | 03/07/2024<br>14:17:40 | Blacked | 03/02/2024 | 03/12/2024 | PA0002459225 |
| 4 | Info Hash: 17E79A031A502C041139C78E03EC281CB5A16CA1<br>File Hash:<br>82C84E935D3AB07E82311C6105C25473BD86470BFB85D7A43A8ABCD52511C2EE | 02/29/2024<br>16:12:23 | TushyRaw | 02/27/2024 | 03/12/2024 | PA0002459339 |
| 5 | Info Hash: D14849F0CE7C1A87294A721632F01DEE8F2E1855<br>File Hash:<br>BC543D2D660DB042AF42A239DA8AE553238D5E324E23FF1678EDC8E6572D7385 | 02/26/2024<br>22:08:21 | Tushy | 02/18/2024 | 03/12/2024 | PA0002459335 |
| 6 | Info Hash: 3C4621F117E4452B277FF839136C29D022473B5D<br>File Hash:<br>CCAD959E9F5D2F094AF0CF13500261F887C41CAB8E1D4312765F5449E9AB19C5 | 02/26/2024<br>18:06:11 | Blacked Raw | 02/19/2024 | 03/12/2024 | PA0002459223 |
| 7 | Info Hash: F48867C3E17ED5B2CBB4AEFD5EC157CBE21F52CB<br>File Hash:<br>9BB9DCF4E50724E64A53FF29BF2D86A02606FF32A8378A530D54D28D1A70CA8A | 02/23/2024<br>14:47:14 | Blacked | 02/17/2024 | 03/12/2024 | PA0002459231 |
| 8 | Info Hash: 3719D09D012011B7995149AE130A374D15103514<br>File Hash:<br>637445006D428354C73921F472E1CC36DE50081415EA414FC6B8664B97C82F25 | 02/22/2024<br>15:04:04 | Blacked Raw | 02/12/2024 | 03/12/2024 | PA0002459230 |
| 9 | Info Hash: 27B88C65596828BFDD97E66083AAA3E24B74D156<br>File Hash:<br>B3DB378ADD015967BCD2B9561414C37D88D9E82E17E252489033E5DA90AC3907 | 02/22/2024<br>14:18:27 | Vixen | 02/16/2024 | 03/13/2024 | PA0002459592 |
| 10 | Info Hash: C64E326E888B1E417CE8F9329D4FE2EAD2748925<br>File Hash:<br>75F2D9A66D0A54C4A09A83FA9B43AE09DCBD45B80DB6549D5B30966C6644CF61 | 02/09/2024<br>18:07:07 | Blacked | 02/03/2024 | 02/14/2024 | PA0002455061 |
| 11 | Info Hash: DB266CAD77C6E635957787821FA5BBABFBE8AE22<br>File Hash:<br>C9B1B76BBA781A607812B17462254E854C2D7E4C754DC7EAE7E10B5E6F3FA879 | 02/09/2024<br>16:49:42 | Vixen | 02/02/2024 | 02/13/2024 | PA0002454778 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 098F29BE416581DD900FB28C2C5ACD21134753E1<br>File Hash:<br>3651A7E09599C9C0EC4A603B4875273D88B57B9545AB73BC9D355D6AC1CD2FC0 | 02/07/2024 23:20:19 | TushyRaw | 01/30/2024 | 02/13/2024 | PA0002454780 |
| 13 | Info Hash: 400614A023828096B715658987F8D5793A2C8865<br>File Hash:<br>0F0A41042B9DBE17EF42E6E31D4C2FCBB070DCA32E7F75B8E859A19B5FA43F26 | 02/01/2024 18:59:43 | TushyRaw | 01/23/2024 | 02/13/2024 | PA0002454782 |
| 14 | Info Hash: 03169B90E8EE65627ED8008DE40AF5F9174B9A9B<br>File Hash:<br>3ED657E9794D093055A3583DE7551034C615073F088799503ED0C493FD57E117 | 01/26/2024 20:59:46 | Vixen | 01/19/2024 | 02/13/2024 | PA0002454774 |
| 15 | Info Hash: 5AC34443FBF0A6AF7C35C63B7F6B7D48716B5970<br>File Hash:<br>2A6110BE6F804FA6AAEF6786C70691B5859B910F7ACE4C37FAD25EBF814490F4 | 01/17/2024 19:36:02 | Blacked Raw | 01/08/2024 | 02/14/2024 | PA0002455060 |
| 16 | Info Hash: ACD57716BFA658933D1E4B156C0688988E0CAD44<br>File Hash:<br>92EA6010A24C81D030F356E3B92E7507E9BA926F97242BA1BFA714A0D94F2505 | 01/11/2024 01:13:33 | Blacked | 01/06/2024 | 01/16/2024 | PA0002449249 |
| 17 | Info Hash: B5CE74847CD3ADA3CC2CCD0002CAF3BDF9910F11<br>File Hash:<br>88BBDB3B057DBDAD94C2F50E461A7D1B924FF53D8786BA3DCD71EFA540D7E0DE | 01/09/2024 15:37:11 | Blacked Raw | 01/01/2024 | 01/16/2024 | PA0002449432 |
| 18 | Info Hash: E14CF8BF78C0E2735198916459BD6B87F1B32BE5<br>File Hash:<br>6D00BDADBDDAC56CEA0E81A91A5E7B306D360EABD1F327958962572BAEACFA6D | 01/06/2024 22:08:27 | Blacked | 12/30/2023 | 01/16/2024 | PA0002449507 |
| 19 | Info Hash: FE803E309D20546F408C85E885D593E7EC570F43<br>File Hash:<br>0E3049DF3A7DBCB868F84951EB8F2B77F234BB45F42AB4F8DB4B5E9BA0C4DDF4 | 01/06/2024 21:39:23 | TushyRaw | 01/03/2024 | 01/16/2024 | PA0002449519 |
| 20 | Info Hash: 5E2928043AD939CB69091999C13B48275E9CD6D4<br>File Hash:<br>1EDA6668D667E19C2F444F3E5D27A431EE50A508907422B6E491E6AC0449FC2B | 01/05/2024 23:56:26 | Vixen | 12/29/2023 | 01/16/2024 | PA0002449515 |
| 21 | Info Hash: 07BBC78B7996241BEF66BCCA7757E14A9731F889<br>File Hash:<br>42AFAD743BC5E03502D1206F80B991B3B60DA02A44998C47516208A1FE7F72CC | 12/28/2023 19:59:07 | Tushy | 11/05/2023 | 11/13/2023 | PA0002439640 |
| 22 | Info Hash: 2FFD63157F7E7B58CD4450ACDCCB654B10D10DD1<br>File Hash:<br>39AB3091E80CAFE9C6C0628F8344F772BFB78882AAF490524363D0FA4092F14F | 12/28/2023 19:48:05 | TushyRaw | 08/02/2023 | 08/17/2023 | PA0002425540 |
| 23 | Info Hash: E51FC66C36B501EE56B6415332493A94C113325C<br>File Hash:<br>CA45E4C6FCB8DC5B82779DB32464A476398FA8BD4A17F9776E72A4FA0AAA089C | 12/28/2023 19:44:25 | TushyRaw | 10/18/2023 | 11/14/2023 | PA0002439663 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 56DCEECF670433E528CAF870134FB35521993324<br>File Hash: 49478B9A5A0DE609D68FCF73946C83E36F6A895193143EF44BF6C2F82582A5C3 | 12/28/2023 18:42:39 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 25 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash: D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 12/28/2023 18:38:11 | Blacked | 10/03/2020 | 10/22/2020 | PA0002261803 |
| 26 | Info Hash: 4F3CAA9D7D8185F294DFF09E8276BDEC62D8A41C<br>File Hash: 919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 12/28/2023 17:48:08 | Blacked Raw | 08/31/2020 | 09/05/2020 | PA0002255473 |
| 27 | Info Hash: 0A2CE6DE75A702C7D61493424A347C71051EF3CC<br>File Hash: C66DC956E05F8792CF4CED6E84EC1FBD03EB72221E14156641368C1E37DBEE19 | 12/28/2023 17:20:30 | Blacked | 12/23/2023 | 01/16/2024 | PA0002449251 |
| 28 | Info Hash: 9A89169DB6A6995653C51642740ADC920A9D0D9C<br>File Hash: B2DD52988E815F232349133A0F57A014DE96B01EB652DBCCE59087E95C4A363C | 12/20/2023 22:27:13 | Blacked | 12/16/2023 | 01/16/2024 | PA0002449250 |
| 29 | Info Hash: 9FD924A8E6AB463C8BB228E15CAF65E95298E3F8<br>File Hash: 6009E8E0080F76C38A9C951363476A86D70EDE85DA9D68FF5998ED33E3C60F83 | 12/16/2023 18:23:39 | Vixen | 11/17/2023 | 12/13/2023 | PA0002445433 |
| 30 | Info Hash: FBC6091E2CEE87C2342CBC4CF460B6120A8782E3<br>File Hash: 22E1692F4B6D91BDF02C33A64802EED6D984C2F4DC001B66856AC21B14DB71E4 | 12/13/2023 14:29:35 | Vixen | 12/08/2023 | 01/16/2024 | PA0002449510 |
| 31 | Info Hash: F4E3A6691E0144E663D027DA076E0B78D8FF79EB<br>File Hash: 5003F633B29DF24E60BB67D03317922A20806662CCACBE8FBBB75B032EFA8675 | 12/13/2023 14:18:51 | Blacked | 12/09/2023 | 01/15/2024 | PA0002449247 |
| 32 | Info Hash: 4BE77D952945145727E833A9FF36E64A12163919<br>File Hash: 741811327DB01E6106C5CFEF449FB44C835D8F09C16C5AA778C0FE8F1E0DD832 | 12/13/2023 00:43:28 | Blacked Raw | 12/04/2023 | 12/12/2023 | PA0002445181 |
| 33 | Info Hash: B64162E56D7274C37AC58FA1E9C1E6CE30D067AF<br>File Hash: 0222AD19D605BF7E18D12355A65293B8325F0C32293654B207E79992BE76172D | 12/12/2023 16:28:36 | TushyRaw | 12/06/2023 | 12/13/2023 | PA0002445426 |
| 34 | Info Hash: E9705E8D5FC15D1C1CBB03517C496A65BCD0235F<br>File Hash: 6FA0EE4BF3C42618B52C005FBD08FCAFDF08F9B4BDDF61F139A5DCD9D6641FBD | 12/04/2023 20:06:18 | Blacked | 12/02/2023 | 12/11/2023 | PA0002444887 |
| 35 | Info Hash: F70E9D5482CF748A69680C9D47ED49A6B1F3FB68<br>File Hash: 714F9DD60AA32809AC02160BFD284FE16B624FDC1AAB759AC4D5FDE85BEBB9FD | 11/26/2023 19:09:09 | Blacked | 10/07/2023 | 10/18/2023 | PA0002435291 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 137AD8A3FAC25A6F4A03EB02B1C6445EEF5FAB46<br>File Hash: 777145E542AC8B72C2240057F7270AECE9E2E4B0805030C878A458A50F3B15B1 | 11/26/2023 19:03:14 | Vixen | 10/13/2023 | 11/14/2023 | PA0002439697 |
| 37 | Info Hash: EB618CE41F176F9BB4820A6C7C959D22B86E4E01<br>File Hash: E9A54ECAA7C0608DB489172C0B2C8DCBF5928E8C3257F0CD962D675AF02F45B5 | 11/24/2023 19:50:56 | Blacked Raw | 01/04/2021 | 02/02/2021 | PA0002280514 |
| 38 | Info Hash: 5A722086BE769946344775EB3155ECDD890A5E03<br>File Hash: 26CB2C3FD4C9FC579761E87AD3A6E8E71D58F05F7D05E2026D6E9F7BBF0E61E0 | 11/20/2023 20:40:51 | Tushy | 11/12/2023 | 12/12/2023 | PA0002445182 |
| 39 | Info Hash: A14392A6665AD6470B2F34EFD740BC9635399782<br>File Hash: F272876830BF92DE08FFE19D7A5DEE2BE2F517F9166A95E85C7D7B61CF440A72 | 11/16/2023 16:36:41 | Blacked | 08/03/2019 | 09/10/2019 | PA0002199412 |
| 40 | Info Hash: 42B2DBC57D6A747ACE8FEFEFCD10F59650985752<br>File Hash: E18F1C05CF669623EA7E817D711B9E0860FC2EEFAE5565E866EFBE88A5A338D6 | 11/15/2023 20:18:14 | Blacked Raw | 11/13/2023 | 12/12/2023 | PA0002444884 |
| 41 | Info Hash: ACDBD3449E1DBE3ED43D47D95C57E0DF86443748<br>File Hash: B8970DE7A1091429FB26E74A03A218806E7C872EE405E005FEF17DECB6EDA491 | 11/13/2023 20:32:50 | Blacked | 11/11/2023 | 12/11/2023 | PA0002444873 |
| 42 | Info Hash: D707BF9FB90E46805C700F4474FC24D534760BF4<br>File Hash: 2A2DDA25EEE81FC9287B1BD1AD167FEBE20A32088F64381768C4AE408DFED9FE | 11/09/2023 21:57:11 | Blacked Raw | 11/06/2023 | 11/13/2023 | PA0002439619 |
| 43 | Info Hash: 004D2DAA28040095EE8E539D93E4FAF7391C94FE<br>File Hash: A7A68CF5D76185E45DF73B6B1E2B037E4FAE4B7C33EB31B5A7ABD3AF72EC6126 | 11/02/2023 18:47:34 | Blacked Raw | 10/30/2023 | 12/05/2023 | PA0002443584 |
| 44 | Info Hash: D86499701FB077DC0B088F7ABF40263B30F99054<br>File Hash: 1B8CEA5B4FD7D5524D7E4198567CEB6BB6872B4EEEADABB8808224D3BB396AAF | 10/16/2023 00:06:02 | TushyRaw | 10/11/2023 | 11/14/2023 | PA0002439659 |
| 45 | Info Hash: F212FF3C331E05D3D0DFCD71034301EE8A49AA1D<br>File Hash: 5B6931D7924B8FC6CA804206913ECD1962CD8F9B3F2BC305C0227CE90C051961 | 10/15/2023 23:59:35 | Blacked Raw | 10/09/2023 | 10/18/2023 | PA0002435308 |
| 46 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash: 2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 10/06/2023 16:56:02 | Blacked | 02/05/2022 | 02/14/2022 | PA0002335503 |
| 47 | Info Hash: 9149B1896DC527918D0BB9F584264D1D49F6D1A4<br>File Hash: 10FC848ACC355842FE07E2D9625E05348382CE101FF46168CF43B0366944C2CD | 10/03/2023 15:01:52 | Vixen | 09/29/2023 | 10/18/2023 | PA0002435610 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: D59B03746C61BDDED52351E1BBFCD7DA2074AE57<br>File Hash: 0B6564BB797D3654FBDD017E1519E7B3EFAE891BAFFFC26AD23139435419FE96 | 09/29/2023 15:22:23 | Blacked Raw | 09/25/2023 | 10/18/2023 | PA0002435306 |
| 49 | Info Hash: 765981234A043FF80DACBEFB2995BF1F5BAF6260<br>File Hash: 9FBDE1F2C6CBB34A19BD5EE36F3531FDCCE04977B32CD7CC6AEBA2276DC03556 | 08/30/2023 18:10:41 | TushyRaw | 08/23/2023 | 09/18/2023 | PA0002431079 |
| 50 | Info Hash: 77F3AA7D29E3A8EF94F72B592E79AD9CF4D0714C<br>File Hash: 009D0B0ADB66B47C1B66BB3A89F5658C32F94D2D22BDE3A94983421DB247DB8A | 08/28/2023 19:20:03 | Vixen | 08/25/2023 | 09/18/2023 | PA0002431081 |
| 51 | Info Hash: EBD1A0130D2765D9E82035ADAE93D5D368809327<br>File Hash: A40D67C01EAE47E591E4BBB126E37E86EF5EE0259A586B7D47C6C09EAC6441CF | 08/21/2023 20:03:14 | Blacked | 06/24/2023 | 07/13/2023 | PA0002420341 |
| 52 | Info Hash: 5DC1A099E6F5542CB0046F4D564448AFF5539FEC<br>File Hash: 24134A177B57AFE51982402E2F2E60378EAE6E6F3986B150717D8EFDB41210EA | 07/20/2023 01:48:30 | Vixen | 07/07/2023 | 07/13/2023 | PA0002420346 |
| 53 | Info Hash: E63935D30E19B0452C6353CBEFD4FFCA92D1BC83<br>File Hash: C8C6D675DFEDE57888046565BA0D8ED14D7167C4BF098624A49ED616B7E78CF6 | 05/24/2023 22:34:15 | Blacked | 05/20/2023 | 06/09/2023 | PA0002415379 |
| 54 | Info Hash: C28395D43789D15FC7C11597E672C7ED0614094A<br>File Hash: C627E6DC15A1E3E787241914B93E29B9359CC8E5E5EF51A62656115DF2245E94 | 05/24/2023 22:19:39 | Blacked Raw | 05/19/2023 | 06/09/2023 | PA0002415367 |
| 55 | Info Hash: D4131E515D96E1DF10DF6D674D47BEA533A22289<br>File Hash: 068966B9E9105FFE74B5160B8D9794779A3FD510B964A729BB5F6E6E418574F4 | 05/01/2023 18:36:15 | Tushy | 04/23/2023 | 05/14/2023 | PA0002411314 |
| 56 | Info Hash: 2FF9A307BDC4949AEAD0B8670EDD208A19F0D247<br>File Hash: 60165D3AA393B6D480A7656950C2D6B6315332ABCB0B97231AE08A3574B209C3 | 05/01/2023 15:13:54 | Vixen | 04/21/2023 | 05/15/2023 | PA0002411310 |
| 57 | Info Hash: BBFF969CD7C5EA20A544F59576F34CA6DD8F1B0B<br>File Hash: 3420258B7A2B78F8E455A3CA50A8ECD99263D02B776CF534A2470722E907B4AF | 05/01/2023 15:07:27 | Blacked | 04/22/2023 | 05/15/2023 | PA0002411285 |
| 58 | Info Hash: E70BDE56D3C0B6C32DA761231C47348AEA1D9C9A<br>File Hash: DF84BEE06B37B5441A44C12D2A9D494B0AD3D34C5DA0A14491B904C0A3695156 | 04/19/2023 13:45:59 | Vixen | 04/14/2023 | 05/15/2023 | PA0002411265 |
| 59 | Info Hash: 0D3C54D9E89AAD1BD261AAED4A7087FC349DE544<br>File Hash: 83F6A40C5DD7D07EFF785C5804D4FE1FAA4E30048E8853F5D9683127221512B6 | 04/06/2023 08:40:30 | Tushy | 03/19/2023 | 04/07/2023 | PA0002405758 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 3AD0F06F038FCEA6C738A2A93D38C5FB6CCC288C<br>File Hash: 407A453E1507FB5ED0407941EB7B782BBDF76C8794AB5A3E3A6E1E5FEA354EAD | 04/06/2023 08:26:49 | Blacked | 01/28/2023 | 03/07/2023 | PA0002400316 |
| 61 | Info Hash: 17CD54EEA48C6A552071459696C47C2EFBF473D6<br>File Hash: 6609883C329B060FE39E7A685371F8BD0D01CE0060C6228DF52B99FA4D7B26A3 | 03/20/2023 14:46:33 | Blacked | 02/25/2023 | 03/07/2023 | PA0002400308 |
| 62 | Info Hash: CE60EF75B6BEF662AEC3D19B8C63C05EF77857DE<br>File Hash: 1E36B9D509E0CF4DC299C6664FDFF71CB7F67A7E59D67205B535A0FDD0F928C5 | 03/17/2023 16:14:55 | Blacked Raw | 03/15/2023 | 04/07/2023 | PA0002405750 |
| 63 | Info Hash: 3F04E39A26FB34DBB9B09A46738BB24AA00DB3D5<br>File Hash: 55CA6E3E1F94BD78896C8ED0EDF6DCA9432AA220BCCBFE0325BC0F3D2C9E4A05 | 02/26/2023 21:25:56 | Blacked Raw | 05/27/2018 | 07/14/2018 | PA0002130451 |
| 64 | Info Hash: FB561E2EAEE9886F32EBDAFB0E56EAA50A955854<br>File Hash: 6AA246E1053E75CD8E3AA1BB20734CA1CB6C8394ABACDEA45BF2C55B8692FC85 | 02/26/2023 21:24:54 | Blacked Raw | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 65 | Info Hash: 0DC749B1341C69625BD84432A981AEB034597DD5<br>File Hash: EE2A4AD3B1EF6180AE8344DAD5490D2102689AD1005FC138D4A3BCDFA5848375 | 02/26/2023 21:24:32 | Blacked Raw | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 66 | Info Hash: D1A4DE6D12CC578B5378F9C79EC08C7016B22CAE<br>File Hash: 3BE9162567CD5A49F8ECA73837686FE62D9DA53D8B456A6D28938220DB4ED92D | 02/26/2023 21:24:27 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 67 | Info Hash: 3B5DA94E7A8D7C3D921DF6E46BF0097E98598171<br>File Hash: 34AFB8C0662D398838F0138058A649A2F05AC7EDB281595DD4E452F7326F5996 | 02/26/2023 21:24:07 | Blacked Raw | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 68 | Info Hash: D690EE8C04E09630AF99A37B487466F791E795D0<br>File Hash: F34644DC86953765AB26FC188EFBE57C49840B494B5C3E0A5AA6BB2DC24B88F1 | 02/21/2023 19:40:53 | Blacked Raw | 02/18/2023 | 03/06/2023 | PA0002399995 |
| 69 | Info Hash: E7E720E5B9F08C7C7FCCA1B932B55C4ABE573ABF<br>File Hash: B1B84E0B1342D196604DAD6A6D851DA0E49059473CA7CD261B1C2675E568A514 | 01/31/2023 17:08:53 | Blacked Raw | 01/29/2023 | 04/13/2023 | PA0002406902 |
| 70 | Info Hash: A985E7AC9C0F50A326C777C6E8DAC1A92A268746<br>File Hash: F2E40788FEA4B9AE0E54288F770BB334B94EF717C56D9ADFCE5BF5D67D87F891 | 01/27/2023 21:53:34 | Blacked Raw | 03/22/2021 | 04/14/2021 | PA0002286722 |